**No. P66/295.**—Crown Handkerchief, Inc. *v.* United States, protests 64/4514, 64/20158, and 65/23750 (New York).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of silk handkerchiefs similar in all material respects to those the subject of *Ashear Bros. Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiff was sustained.

Before the Third Division, October 24, 1966

**No. P66/296.**—Arnart Imports, Inc. *v.* United States, protests 59/10875, etc. (New York).

Landis, J.   In accordance with stipulation of counsel that the items of merchandise marked "W" covered by the foregoing protests consist of plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), and that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claims of the plaintiffs were sustained.